An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DAVIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63272

**FILED**

JUN 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from the district court's denial of a motion to modify and/or correct an illegal sentence and a motion for reconsideration of that denial. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

To the extent appellant is appealing the denial of his motion to modify and/or correct an illegal sentence, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); *Edwards v. State*, 112 Nev. 704, 709, 918 P.2d 321, 325 (1996). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this portion of the appeal.

To the extent appellant is appealing the denial of his motion for reconsideration, no statute or court rule permits an appeal from an order denying a motion for reconsideration, and we therefore lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–

13 - 18490

45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Gary Fairman, District Judge
       Ronald Davis
       Attorney General/Carson City
       White Pine County District Attorney
       White Pine County Clerk